1166

No. 95–8273. IN RE BERTASAVAGE. Petition for writ of prohibition denied.

No. 95–1402. COMMISSIONER OF INTERNAL REVENUE v. ESTATE OF HUBERT, DECEASED, C & S SOVRAN TRUST CO. (GEORGIA) N. A., CO-EXECUTOR. C. A. 11th Cir. Certiorari granted.

No. 95–1352. EDWARDS ET AL. v. BALISOK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 95–711. GUSSIN v. NINTENDO OF AMERICA, INC. C. A. Fed. Cir. Certiorari denied.

No. 95–815. GLOBE NEWSPAPER CO. v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–1099. RUSSELL ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR FIRST AMERICAN SAVINGS BANK. C. A. 11th Cir. Certiorari denied.

No. 95–1119. CITY OF BLUE SPRINGS ET AL. v. KINCADE. C. A. 8th Cir. Certiorari denied.

No. 95–1193. SARACO ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–1204. SKEPTON v. REICH, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 95–1206. CORCES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1222. SHAK v. TANAKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1226. KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. v. DEPARTMENT OF JUSTICE ET AL. C. A. 10th Cir. Certiorari denied.